*J. W. Gordon,* for appellant.

---

## RETTIG *v.* PEFFERMAN ET AL.

PRACTICE.—*Bill of Exceptions.*—Where there is no bill of exceptions in the record, and the reasons for a new trial are that the finding is contrary to law, and that the finding is contrary to evidence, such reasons cannot be examined by this court on appeal.

APPEAL from the Miami Circuit Court.

PETTIT, J.—The errors assigned in the case are, first, the

court erred in its finding and judgment; second, the court erred in refusing the appellant a new trial.

There was a motion for a new trial for the following reasons: first, the finding of the court is contrary to law; second, the finding of the court is contrary to the evidence.

The judgment of the court was for $110 for the appellees, and sixty days were given to file a bill of exceptions and appeal bond, neither of which is in the transcript; and as no question is raised on the pleadings, and as the evidence is not in the record by bill of exceptions, we cannot say that the court below committed any error, but must presume its action was right.

The judgment is affirmed, with ten per cent. damages and costs.

*E. T. Dickey*, for appellant.

*N. O. Ross* and *R. P. Effinger*, for appellees.